# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| HOSSEIN ROSHANAEI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-058 |
| | ) | |
| XPO LOGISTICS FREIGHT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

*Pro se* plaintiff Hossein Roshanaei filed a Complaint alleging that he was discriminated against by his employer. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis*, screened his Complaint, and directed the United States Marshal to serve it, pursuant to Federal Rule of Civil Procedure 4(c)(3). *See* doc. 5. Defendant has now appeared and moved to dismiss. Doc. 12. Plaintiff has responded to that Motion, doc. 13, and filed an Amended Complaint, doc. 14. As Plaintiff's response correctly points out, because he has not previously amended his complaint, he is entitled to amend it as a matter of course. *See* doc. 13 at 1; *see also* Fed. R. Civ. P. 15(a)(1)(B). Since, by operation of the Federal Rules, the Amended Complaint is now the operative pleading,

Defendant's Motion to Dismiss the prior pleading is **DISMISSED** as moot. Doc. 12; *see Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("Under . . . federal law, an amended complaint supersedes the initial complaint and becomes the operative pleading in the case."); *S. Pilot Ins. Co. v. CECS, Inc.*, 15 F. Supp. 3d 1284, 1287 n. 1 (N.D. Ga. Jan. 25, 2013) ("An amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint."). Defendant's response to the Amended Complaint is governed by Federal Rule 15(a)(3).

   **SO ORDERED,** this 28th day of July, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA